1026

JAMES ENGLE, *Respondent*, v. JAY DEE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-06300-3, Joseph P. Wilson, J., entered June 4, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Dwyer, J.

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL JUAREZ-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-01049-7, Susan K. Cook, J., entered July 22, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

THE STATE OF WASHINGTON, *Respondent*, v. AMY RENEE LYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03164-5, William L. Downing, J., entered July 17, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Becker, J.

THE STATE OF WASHINGTON, *Respondent*, v. MAHAMUD M. HARO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04660-0, Timothy A. Bradshaw, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Appelwick, JJ.